# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Hollis Williams IV

vs

(Full name of defendant(s))

Dennis Reagle

**FILED**
12/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:23-cv-02176-JRS-KMB
(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __4490 West Reformatory Road 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Dennis Reagle__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 10-22-23 ofc. Kelly was observed by Incarcerated Individuals in JCH at approx 5:49pm Removing several lunch sacks out of the trash Bin outside of GCH & carry them back inside GCH. At around the same time ofc Kelly came on 5-C Range Where I was housed & gave the sacks to me because he gave away my religious Kosher Dinner early. I ate the meat out the sacks & became sick. Since then I been vomiting & had the runs. I also felt feverish. I haven't been able to

hold any food down, She then been denied medical treatment by staff & was given a medical slip to fill out. What C/O Kelly did was unsanitary, cruel, diliberate indefference & malicious. As well as unethical. Please perive the camera footage from GCH from 5:30pm to 6:00pm as well as the Range camera on 5C from 5:30pm - 6:00pm on 10-22-23.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 2,000,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want C/O Kelly fired & Pendleton Correctional Facility to be investigated for the constant policies & laws they break. I also want payment for the pain & suffering I've went through dealing with this horrible incident.

E. JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
           OR

☐  Court Trial - I want a judge to hear my case

Dated this _Saturday_ day of __11/25__ 20_23_.

Respectfully Submitted,

___Kevin Williams /s/___
Signature of Plaintiff

___286101___
Plaintiff's Prisoner ID Number

___4490 West Reformatory Road Pendleton, IN 46064___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

___Kevin Williams /s/___ Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.