Case 1:23-cv-02176-JRS-KMB   Document 10   Filed 03/07/24   Page 1 of 1 PageID #: 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOLLIS WILLIAMS, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-02176-JRS-KMB |
| | ) |
| DENNIS REAGLE, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 3/7/2024

*James R. Sweeney* [signature]

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*

Deputy Clerk, U.S. District Court

Distribution:

HOLLIS WILLIAMS, IV
286101
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064